B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District Of __RHODE ISLAND__

In re __City of Central Falls__ ,
       Debtor

Case No. _____

Chapter __9__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| See attached. | | | | |

Date: __August 1, 2011__

The City of Central Falls, by and through its State-appointed Receiver, Robert G. Flanders, Jr.
/s/ Robert G. Flanders, Jr.
              Debtor

*[Declaration as in Form 2]*

City of Central Falls - Top 20 Creditors

| # | Name | Address | | Nature of Claim (3) | (4) | Total (5) |
|---|---|---|---|---|---|---|
| 1 | Cardi Corporation | 400 Lincoln Avenue | Warwick, RI 02888 | Trade Debt | Disputed | 80,828.66 |
| 2 | RI Resource Recovery Corporation | PO Box 847475 | Boston, MA 02228-4747 | Trade Debt | | 48,564.22 |
| 3 | Pawtucket Water Supply Board | PO Box 1111 | Providence, RI 02901-1111 | Utility | | 36,875.57 |
| 4 | National Grid | PO Box 11739 | Newark, NJ 07101-4739 | Utility | | 34,788.63 |
| 5 | Petro Commercial Services | PO Box 140246 | Brooklyn, NY 11214-0246 | Trade Debt | | 22,405.58 |
| 6 | RI Division of Taxation Excise Tax Division/Realty | One Capitol Hill | Providence, RI 02908 | Trade Debt | | 21,110.00 |
| 7 | Ursillo, Teitz & Ritch, Ltd | 2 Williams Street | Providence, RI 02903-2918 | Trade Debt | | 12,308.20 |
| 8 | Roger Williams University | 144 Anthony Road | Portsmouth, RI 02891 | Trade Debt | | 12,094.87 |
| 9 | One Communications Corp | PO Box 415721 | Boston, MA 02241-5721 | Trade Debt | | 11,830.15 |
| 10 | Dennis K Burke Inc | PO Box 3639 | Boston, MA 02241-3639 | Trade Debt | | 11,081.67 |
| 11 | RI Inter-Local Trust Risk Management | 501 Wampanoag Trail, Suite 301 | East Providence, RI 02915 | Trade Debt | | 9,643.00 |
| 12 | RI Traffic Tribunal | 670 New London Avenue | Cranston, RI 02920-3002 | Trade Debt | | 8,915.41 |
| 13 | Narragansett Bay Commission | PO Box 9668  Dept 25 | Providence, RI 02940-9668 | Utility | | 7,784.61 |
| 14 | University of Massachusetts Boston | 100 Morrissey Boulevard | Boston, MA 02125 | Trade Debt | | 6,565.00 |
| 15 | Alliance Benefit Group | 8415 Allison Pointe Blvd Finance Dept, Suite 300 | Indianapolis, IN 46250-4201 | Trade Debt | | 6,200.00 |
| 16 | Brown's River Marotti Co | PO Box 541028 | Dallas, TX 75354 | Trade Debt | | 6,052.00 |
| 17 | Rhode Island State Crime (URI) | 220 Fogarty Hall, 41 Lower College Rd | Kingston, RI 02881 | Trade Debt | | 5,925.00 |
| 18 | CBE Technologies LLC | PO Box 674065 | Detroit, MI 48267 | Trade Debt | | 5,762.00 |
| 19 | Verizon Wireless | PO Box 15062 | Albany, NY 12212-5062 | Trade Debt | | 5,524.52 |
| 20 | WB Mason | PO Box 55840 | Boston, MA 02205 | Trade Debt | | 5,192.27 |

I declare under the penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


August 1, 2011

/s/ Robert G. Flanders, Jr.
Signature

Robert G. Flanders, Jr., State-appointed Receiver of the City of Central Falls

Name and Title