# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re<br><br>CITY OF CENTRAL FALLS, RHODE ISLAND,<br><br>Debtor | Chapter 9<br>Case No. 11-13105-FJB |

**ORDER ON
CITY'S MOTION TO WITHDRAW MOTION TO CONDUCT POWERPOINT DEMONSTRATION
AND REQUEST FOR GENERAL STATUS CONFERENCE**

The Motion of the City of Central Falls to Withdraw Motion to Conduct PowerPoint Demonstration and Request for General Status Conference is hereby granted as follows:

1. The Motion of the City of Central Falls to Conduct PowerPoint Presentation at status conference is deemed withdrawn; and the 9/23/2011 hearing on that motion is canceled.

2. The Court will hold a general status conference in this case on September 23, 2011, at 10:30 a.m.

Date: September 22, 2011

_____
Frank J. Bailey
United States Bankruptcy Judge