# EXHIBIT F
## Class 8 Retiree Accidental Disability Claims

| | |
|---|---|
| Tinkham, Thomas J. | Galligan, Jennie |
| Baskins, Howard | Hannaway, Jr., Terence J. |
| Corrigan, Bruce M. | O'Connor, Jeremiah A. |
| Gendron, Frank E. | Trembley, Walter J. |
| Desmarais, Raymond J. | Foran, Edward, W. |
| Levine, Robert J. | Lesieur, Paul A. |
| Paone, Jr., Anthony, J. | Cawley, Jr., Thomas E. |
| Alburquerque, Antonio, J. | Colinan, James H. |
| Gagnon, Paul L. | Brochu, Jr., Raymond |
| Jameson, Walter E. | Dumont, Normand H. |
| Rose, Marc S. | Dyman, Samuel T. |
| Tager, Carim T. | Grenon, Paul H. |
| Brousseau, David P. | Chagnon, Richard E. |
| McDermott, Richard A. | Delicio, Sr., Andrew |
| Leonard, Jr., John J. | Sullivan, Jr., Raymond, L. |
| Matuszak, Robert F. | Thibeault, Normand J. |
| Long, Michael W. | McCann, Edward J. |
| St. George, Paul G. | Lachance, Armand A. |
| Moreau, Michael R. | Bessette, Maurice R. |
| Newburg, Lawrence A. | McDiarmid, Douglas E. |
| Beaulieu, John R. | Gregory, Russell |
| Geoffroy, Michael | Fram, John A. |
| Laboissonniere, John E. | Rabbitt, Joseph |
| Galligan, Jr., James F. | Kelley, Daniel F. |
| Ogni, Bruce J. | Bradley, Sr., Robert E. |
| O'Reilly, Dennis P. | Aissis, George J. |
| Choquette, Clay J. | Cooney, Daniel F. |
| Farrayah, Elaine E. | |
| Haskell, Laura A. | |
| Brochu, Susan Miles | |
| Carroll, Beverly Ann | |
| Valois, Elizabeth | |