**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re CITY OF CENTRAL FALLS, RHODE ISLAND | ) Case No. 11-13105 |
| Debtor | ) Chapter 9 |

**CITY OF CENTRAL FALLS' MOTION FOR AN ORDER
APPROVING AMENDED DISCLOSURE STATEMENT WITH
RESPECT TO THE AMENDED PLAN FOR THE ADJUSTMENT
OF DEBTS OF CITY OF CENTRAL FALLS, RHODE ISLAND,
DATED JUNE 15, 2012, AND SETTING CONFIRMATION
PROCEDURES**

The City of Central Falls, Rhode Island (the "City"), the debtor in the above-captioned case, by and through its state-appointed receiver, John F. McJennett III (the "Receiver"), hereby moves this Court for entry of an order approving the adequacy of the Amended Disclosure Statement with respect to the Amended Plan for the Adjustment of Debts of City of Central Falls, Rhode Island, dated June 15, 2012 ("Amended Disclosure Statement"), and setting certain confirmation deadlines. As grounds therefore, the City relies on its Memorandum in Support of Motion for Order Approving the Amended Disclosure Statement with Respect to the Amended Plan for the Adjustment of Debts of City of Central Falls, Rhode Island, dated June 15, 2012 (the "Amended Plan") filed simultaneously herewith.

**RELIEF REQUESTED**

This Motion seeks an order approving the Amended Disclosure Statement and setting a timeline and procedure for:

(1)    Form of Notices to Unimpaired Classes and Bondholders;

(2)    Form of Solicitation Packages and Notices to Impaired Classes;

    (2)    Date by which all ballots must be sent to Impaired Classes;

    (3)    Date upon which to file acceptances or rejections of the Amended Plan;

    (4)    Date for filing objections to the Amended Plan; and

    (5)    Date for the filing of a confirmation brief in support of the Amended Plan; and

    (6)    Date for a hearing on whether the Amended Plan should be confirmed.

A proposed form of Order is attached hereto as ***Exhibit 1***.

The City submits that the Amended Disclosure Statement contains adequate information of a kind, and in sufficient detail, that would enable a typical holder of claims in a class impaired under the Amended Plan to make an informed judgment with respect to the Amended Plan.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and l57(b). This is a core proceeding pursuant to 28 U.S.C. § l57(b)(2)(L). Venue in the District of Rhode Island is appropriate pursuant to 28 U.S.C. §§ 1408 and 1409.

This Motion is based on the Memorandum, the record in this case, and the evidence, arguments, and representations that may be presented at or prior to the hearing on the Motion.

WHEREFORE, the City respectfully requests that the Court enter an order: (i) approving the Amended Disclosure Statement as containing adequate information; (ii) setting deadlines relating to the confirmation process; (iii) setting a hearing on confirmation of the Amended Plan; and (iv) granting such other and further relief as the Court deems to be just and proper.

**JOHN F. MCJENNETT, III**, in his capacity as Receiver of Central Falls,

/s/ Theodore Orson
Theodore Orson, Esq. (No. 3874)
Christine Curley, Esq. (No. 4529)
Orson and Brusini Ltd.
144 Wayland Avenue
Providence, RI 02906
(401) 861-0344
torson@orsonandbrusini.com
Dated:

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2012, I filed the within document with the Clerk of the Bankruptcy Court for the District of Rhode Island and thereby provided electronic notice through the CM/ECF System to the following participants:

Gary L. Donahue, Esq.  ustpregion01.pr.ecf@usdoj.gov
Lee Blais, Esq.  LBlais@BlaisParent.com
Elizabeth Wein, Esq.  ewiens@rilaborlaw.com
Carly Beauvais Iafrate, Esq.  ciafrate@verizon.net
Diane Finkle, Esq.  dfinkle@wszlaw.com
William Delaney, Esq.  wjd@ddlawri.com
Steve Izzi, Esq.  sizzi@mosesafonso.com
John McCoy, Esq.  jmccoy@ckmlaw.com
Michael T. Benz, Esq.  benz@chapman.com
Alden Harrington, Esq. harrington@bhrlaw.com
Marc Gursky, Esq. mgursky@rilaborlaw.com
Michael Benz, Esq. benz@chapman.com
Alden Harrington, Esq. harrington@bhrlaw.com
Dana M. Horton, Esq. dhorton@rc.com
Michael Kelly, Esq. mkelly@maklawfirm.com
John Mancini, Esq. jmancini@maklawfirm.com
Christine Curley, Esq. christinecurley@earthlink.net
Joseph A. Keough, Esq. jkeoughjr@keoughsweeney.com
Matthew McGowan, Esq. mmcgowan@smsllaw.com
Linda Rekas Sloan, Esq. lsloan@smsllaw.com
Thomas Tarrow, Esq. ttarro3rd@tarromarotti.com
Patricia Rocha, Esq. procha@apslaw.com
Joseph Avanzato, Esq. javanzato@apslaw.com
Abby Wilkenson, Esq. awilkinson@faegre.com
Sara Faulman, Esq. slf@wmlaborlaw.com

David Dubrow, Esq. dubrow.david@arentfox.com
Regina Butler, Esq. rbutler@faegre.com
Carol Conner Cohen, Esq. cohen.carol@arentfox.com
Sara L. Faulman, Esq. slf@wmlaborlaw.com


I further hereby certify that I have this date served a copy of the above-referenced paper(s) on the following non CM/ECF participants by first class mail, postage prepaid, at the addresses noted below:

The City of Central Falls, Rhode Island, 580 Broad Street Central Falls, RI 02863

IKON Financial Services Bankruptcy Administration PO Box 13708 Macon, GA 31208-3708

Paul V. Jabour c/o Jose Garcia 343 Broadway Second Floor Providence, RI 02909

Jordana L. Renert c/o Ambac Assurance Corporation Arent Fox LLP, 1675 Broadway New York, NY 10019


                                                /s/ Theodore Orson, Esq.