## EXHIBIT N

### Class 16 General Unsecured Claims

| |
|---|
| Aissis, George |
| Alhambra Building Co., Inc. |
| Alliance Benefit Group |
| Baxter, Maria |
| Brown's River Marotti Co. |
| Cardi Corporation |
| Certified Disaster Restoration Corp. |
| DeFaria, Midguel |
| Dennis K. Burke Inc. |
| Dion, Gerard |
| Estate of Donald Twohig, Jr. |
| Gaffney, Claudette |
| Guidon, Kevin (Fraternal Order of Police, Lodge 2) |
| Intercity Maintenance |
| Monteiro, Auta |
| Moran III, Joseph P. |
| National Grid |
| Noury, Robert |
| Petro Holdings, Inc. |
| Shannahan, Thomas |
| Sullivan, Steven |
| Taylor, Lindsey |
| Twohig, Donald, Jr. |
| Wilson, Thomas |
| Women's Development Corporation |
| Woodworth, Donna |
| Zuniga, Roque J. |