# EXHIBIT O

## Class 17 General Unsecured Convenience Claims

| | |
|---|---|
| Adler Pollock & Sheehan | Lexis Nexis |
| Advance Auto Parts | Liquid Capital Exchange, Inc |
| Air Cleaning Specialists | Login/IACP Net |
| Air Mechanical Management Inc. | Louis Systems & Products |
| Alves, Luis A. | Millette, Thomas |
| American Arbitration Association | Mouse Works |
| Angell Pension Group, Inc. | Municipal Graphics Inc. |
| Art's Rooter Service | National Security Fire Alarm Systems |
| Badge America | New England Association of Fire Chiefs, Inc. |
| Banc of America Leasing | New England Inflatables |
| Botelho Electric | New England State Information Network |
| Bristol Fire Apparel, Inc. | Occupational Health Centers of the Southwest |
| CDW | Occupational Medicine of Newport, Inc. |
| Cogens Printing Services | Pascale Service Corporation |
| Comtronics Wireless Communications | Poland Spring |
| Corp Brothers LLC | Price Rite |
| Cyber Communications | Providence Journal |
| Data.911/Hubb Systems, LLC | Robert Sasso, Jr. |
| Delicio, Andrew | Robin, Ernest |
| Desmarais, John | Rogers Ace Hardware, Inc. |
| Dr. Norma Ann Faraone-Ledgard | Route 101 Motorcycle |
| Ed Lyons Fire Equipment | RR Donnelley |
| Faria, Tanya | Safe Kids |
| Fire Engineering | Safety Flag Company of America |
| Firestone | Salisbury, Robert |
| Gagnon, Paul | Signet Electronic Systems |
| Gale Group | Sonitrol |
| Gokeyless | Susquehanna Patriot Commercial Leasing |
| Gonsalves, Joseph | Thyssen Krupp Elevator Corp |
| Grainger | Unique Management Services, Inc. |
| Howard P. Fairfield, LLC | United Health Care |
| Janitech Facility Supply | Upstart |
| John N. Calvino, Esq. Ltd | Verizon Wireless |
| Jurek Brothers Inc. | Village Pizza |
| Lamountain Bros, Inc | W.B. Mason Co., Inc. |
| Lamoureux, Denise | Werner Sullivan & Nilsson |