# EXHIBIT P

## Class 18 Property Tax Overpayment Claims

| | |
|---|---|
| 103 Clay Street LLC | Correal, Diego |
| 684 Pine Street LLC | Creamer, Katherine L. |
| Aldana, Norman | Curanderismo Inc. |
| Alfonzo, Javier R. | Cure Jr., Abraham |
| Almeida, Victor & Maria | Cyr, Jeanne M. |
| Alves, Cimoyne M. | DaSilva, Gilberto O. |
| Alzate, Jordan | DeBurgo, Julio & Domingas |
| Anaya, Consuelo | Delgado, Jaime |
| Antdon Realty LLC | Dennis Realty LLC |
| Arango, Carlos A. | Dereszkiewicz, Beata |
| Arias, Jose | Deriso, Francis A. |
| Asfour, Elias K. | Dery, William & Lindsay |
| Azar, Louis & Marie | DeSilva, Betsey M. |
| Azar, Louis R. | Dias, Maria G. |
| Baldini, Vincent A. | Diaz, Jose R. |
| Barr, John & Sharon | Domingos, Joseph |
| Batista, Agueda & Eddy | Dugue, Maria P. |
| Bayer, Monica M. | Evora, Jose |
| Bedoya, Manuel & Gloria | Fannie Mae AKA Federal Natl Mtge Assoc |
| Belanger, Michael | Flores, Jesus |
| Berrera, Ana R. | Fontes, Adilson |
| Betz, Mary L. | Francis, Vargas |
| Boral, Isidor | G&H Realty LLC |
| Borges, Francisco & Luciana | Gamache Jr., Thomas D. |
| Borges, Joseph & Maria | Gendron, Frank E. |
| Bras, Fernando & Fatima | Gibau, Paulo P. |
| Breton, Oscar & Linda | Gibson, Paul J. |
| Bustos, Wilson | Gil, Angelica M. |
| Campos, Robert & Mayra dba Club Nutricional Salud Es Vida | Gonzalez, Juan C. |
| Cano, Maria V. | Gorgonio, Adelina Sicaju |
| Cardec (Marrero), Maria E. | Guaman, Nacelys |
| Cardenas, Ramon J. | Guerra, Rene A. |
| Carmenatty, Carmen M. | Guevara, Norma |
| Centro Evangelist Pentecostal Shalom | Guzman, Domingo E. |
| Chaput, Lori A. | Henao, Nelson |
| Chaves, Jose & Judite | Hernandez, Mirna A. |
| Chi, James S. | Holman, Mary C. |
| Chlebek, Bruce M. | Holy Spirit Parish |
| Cornejo, Gloria | Houle, Roland E. |
| Idarraga, Alba P. | Huertas, Magda I. |

| | |
|---|---|
| Irons, April L. | Reyes, Carmen |
| Jaramillo, Alba | Reyes, Maritza H. |
| Johnson, Linda | RI Housing Development Co. |
| Kulik, Doris | Rivas, Rosa A. |
| Laurens, Crystal M. | Robinson, Joan E. |
| Lazieh, Thomas | Rocheleau, Robert A. |
| Lefrancois, Anna R. | Rodrigues, Eric M. |
| Macedo, Kristen L. | Ruiz Jr., William |
| Manukyan, Gurgen | Saldarriaga, Jaime & Adriana |
| Marroquin, Manuela | Sanchez, Carmen C. |
| Mata, Ernesto | Sanchez, Luz & Martha |
| McCallum, Clara M. | Santos, Rosa M. |
| McManis III, Fred | Sasbin, Ricardo |
| McNeilie, Mark F. | Scheiner, Michael L. |
| Mercurio, Ronald & Sherri | Soares, Antonio J. |
| Montoya, Gloria | Solis, Adrian |
| Montoya, Luz E. | Sousa, Olga C. |
| Moreau, Ronnyann M. | Sterlacci, Marie A. |
| Moreno, Antanacio | Suah, Theo W. |
| Narvaez, Jacqueline | Tavera, Alejendro |
| Navarro, Gabriel | Trejo, Juanita |
| Navarro, Reymundo | Vargas, Jose F. |
| Nolan, Carolyn M. | Vargas, Marco T. |
| Northwest Designs, Inc. | Vasquez, Martha C. |
| Noury, Edmond & Beverly | Veiga, Rogerio L. |
| Noury, Gergory E. | Veliz, Benedicto V. |
| Ochoa, Otto R. | Villanueva, Omar Ridriguez |
| Osko, Elie | Vincent, Therese A. |
| Papa, Maria A. | Vincente, Mickael |
| Paquin, Brenda A. | Yany, George & Violet |
| Payan, Eustacio & Delmy | Yepes, Olga |
| Pertuz, Carmen | Yocute, Gustavo |
| Pinero, Jorge | Yulfo, Lay B. |
| PJM Investments LLC | Yulfo, Ruben |
| Pytka, Joseph & Wade | Zamudio, Humberto |
| Ramirez, Crisalia | Zapeta, Francisco & Aura |
| Rebolledo, Richard A. | Zuba, Robert P. |
| | |