CENTRAL FALLS – pre-existing terms of rescue lease

Nominal Annual Rate:  5.000 %

CASH FLOW DATA

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|   | Date | Total Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 09/05/2012 | | | | 83,403.58 |
| 1 | 09/05/2012 | 44,854.85 | 4,170.18 | 40,684.67 | 42,718.91 |
| 2 | 09/03/2013 | 44,854.86 | 2,135.95 | 42,718.91 | 0.00 |
| 3 | 09/05/2014 | | - | | 0.00 |
| 4 | 09/05/2015 | | - | | 0.00 |
| Grand Totals | | 89,709.71 | 6,306.13 | 83,403.58 | |

CENTRAL FALLS - proposed terms of rescue lease

Nominal Annual Rate:  4.000 %

Term:  4 years

CASH FLOW DATA

AMORTIZATION SCHEDULE - Normal Amortization, 360 Day Year

|   | Date | Total Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 09/05/2012 | | | | 83,403.58 |
| 1 | 09/05/2012 | 22,093.13 | 0.00 | 22,093.13 | 61,310.45 |
| 2 | 09/05/2013 | 22,093.13 | 2,452.42 | 19,640.71 | 41,669.74 |
| 3 | 09/05/2014 | 22,093.13 | 1,666.79 | 20,426.34 | 21,243.40 |
| 4 | 09/05/2015 | 22,093.13 | 849.73 | 21,243.40 | 0.00 |
| Grand Totals | | 88,372.52 | 4,968.94 | 83,403.58 | |

CENTRAL FALLS – change in payment schedule

|   | Date | Total Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 1 | 09/04/2012 | (22,761.72) | (4,170.18) | (18,591.44) | 18,591.54 |
| 2 | 09/05/2013 | (22,761.73) | 316.47 | (23,078.20) | 41,669.74 |
| 3 | 09/05/2014 | 22,093.13 | 1,666.79 | 20,426.34 | 21,243.40 |
| 4 | 09/05/2015 | 22,093.13 | 849.73 | 21,243.40 | 0.00 |
| Grand Totals | | (1,337.18) | (1,337.18) | 0.00 | |