<u>ANNUAL ATTESTATION FORM</u>

<u>THIS IS THE "ANNUAL ATTESTATION FORM" REFERED TO IN THE
THIRD AMENDED PLAN OF DEBT ADJUSTMENT OF THE CITY OF
CENTRAL FALLS DATED JULY 23, 2012.</u>

The Third Amended Plan of Debt Adjustment, dated July 23, 2012 (the "Amended
Plan"), requires through fiscal year ending June 30, 2017, that within thirty (30) days
after the City of Central Falls (the "City") enacts a budget or an amended budget, each
person acting with the powers of an elected official (i.e. the mayor and each city council
member or state-appointed fiduciary, as the case may be) must sign an Annual Attestation
Form, attesting, under oath, that to the best of his or her knowledge and belief, the budget
is in "Material Conformity" with the Six-Year Financial Projection to the Amended Plan
or to the extent that the budget is not in Material Conformity with the Six-Year Financial
Projection to the Amended Plan, to identify the specific line items in the budget that are
not in Material Conformity with the Six-Year Financial Projection to the Amended Plan.
"Material Conformity" shall mean that the budget is consistent with Six-Year Financial
Projection to the Amended Plan and/or that any increase in expenditures in any line item
as compared to the Six-Year Financial Projection to the Amended Plan is offset by
increases in revenues as compared to the Six-Year Financial Projection to the Amended
Plan and/or decreases in expenditures as compared to the Six-Year Financial Projection
to the Amended Plan.  Any assumptions regarding additional revenues and/or decreases
in expenditures must be reasonable.
-------------------------------------------------------------------------------------------------------------

A budget or an amended budget was enacted by the City of Central Falls on
_____ (the "Budget"), a copy of which is annexed hereto.  This Annual
Attestation Form is submitted in connection with the Budget.

**Under the pains and penalties of perjury, I, the undersigned, hereby attest under
oath that to the best of my knowledge and belief, the Budget, referenced above, is in
Material Conformity with the Six-Year Financial Projection to the Amended Plan of
Debt Adjustment:**

**WITNESS**                                  **ELECTED OFFICIAL OR FIDUCIARY
                                            ACTING WITH THE POWERS OF AN
                                            ELECTED OFFICIAL**


_____        _____
Printed Name:                          Printed Name:
                                       Mayor or Fiduciary
                                       Date:


_____        _____
Printed Name:                          Printed Name:
                                       Council Member
                                       Date:

_____          _____
Printed Name:                             Printed Name:
                                          Council Member
                                          Date:


_____          _____
Printed Name:                             Printed Name:
                                          Council Member
                                          Date:


_____          _____
Printed Name:                             Printed Name:
                                          Council Member
                                          Date:


_____          _____
Printed Name:                             Printed Name:
                                          Council Member
                                          Date:


**Under the pains and penalties of perjury, I, the undersigned, hereby attest under oath that to the best of my knowledge and belief, the Budget, referenced above, is NOT in Material Conformity with the Six-Year Financial Projection to the Amended Plan of Debt Adjustment.  I have indentified the specific line items in the Budget, referenced above, that are NOT in Material Conformity with the Six-Year Financial Projection to the Amended Plan of Debt Adjustment in the Note attached hereto, which I have signed.**

**WITNESS**                               **ELECTED OFFICIAL OR FIDUCIARY ACTING WITH THE POWERS OF AN ELECTED OFFICIAL**


_____          _____
Printed Name:                             Printed Name:
                                          Mayor or Fiduciary
                                          Date:


_____          _____
Printed Name:                             Printed Name:
                                          Council Member
                                          Date:

_____          _____
Printed Name:                              Printed Name:
                                           Council Member
                                           Date:


_____          _____
Printed Name:                              Printed Name:
                                           Council Member
                                           Date:


_____          _____
Printed Name:                              Printed Name:
                                           Council Member
                                           Date:


_____          _____
Printed Name:                              Printed Name:
                                           Council Member
                                           Date:


This Annual Attestation Form must be electronically filed with the United States Bankruptcy Court for the District of Rhode Island and a copy must be sent by first class mail to Rosemary Booth Gallogly, Director of Revenue, State of Rhode Island, Department of Revenue, One Capitol Hill, Providence, RI 02908.

## ANNUAL ADMINISTRATIVE AND FINANCE OFFICER STATEMENT

**THIS IS THE "ANNUAL ADMINISTRATIVE AND FINANCE OFFICER STATEMENT" REFERED TO IN THE THIRD AMENDED PLAN OF DEBT ADJUSTMENT OF THE CITY OF CENTRAL FALLS DATED JULY 23, 2012.**

The Third Amended Plan of Debt Adjustment, dated July 23, 2012 (the "Amended Plan"), requires through fiscal year ending June 30, 2017, that within thirty (30) days after the City of Central Falls (the "City") enacts a budget or an amended budget, each person acting with the powers of an elected official (i.e. the mayor and each city council member or state-appointed fiduciary, as the case may be) ( an "Elected Official") must sign an Annual Attestation Form, attesting, under oath, that to the best of his or her knowledge and belief, the budget is in "Material Conformity" with the Six-Year Financial Projection to the Amended Plan or to the extent that the budget is not in Material Conformity with the Six-Year Financial Projection to the Amended Plan, to identify the specific line items in the budget that are not in Material Conformity with the Six-Year Financial Projection to the Amended Plan. "Material Conformity" shall mean that the budget is consistent with Six-Year Financial Projection to the Amended Plan and/or that any increase in expenditures in any line item as compared to the Six-Year Financial Projection to the Amended Plan is offset by increases in revenues as compared to the Six-Year Financial Projection to the Amended Plan and/or decreases in expenditures as compared to the Six-Year Financial Projection to the Amended Plan. Any assumptions regarding additional revenues and/or decreases in expenditures must be reasonable.

The Amended Plan further requires through fiscal year ending June 30, 2017, that within fourteen (14) days after Elected Officials file an Annual Attestation Form, the Administrative and Finance Officer appointed under R.I. Gen. Laws Section 45-9-10 shall file an "Annual Administrative and Finance Officer Statement" stating whether he or she agrees or disagrees with the attestations of the Elected Officials. If the Administrative and Finance Officer disagrees with the attestations of an Elected Official, he or she shall explain why.
-------------------------------------------------------------------------------------------------------------

The Elected Officials filed an Annual Attestation Form with the Bankruptcy Court on or about _____. This Annual Administrative and Finance Officer Statement is submitted in connection with that Annual Administrative and Finance Officer Statement.

**I, the undersigned, am the Administrative and Finance Officer for the City of Central Falls.**

**I agree with all of the attestations on the Annual Attestation Form referenced above. ☐**

**I do not agree with all of the attestations on the Annual Attestation Form referenced above for the reasons set forth in the Note annexed hereto. ☐**


_____

Administrative and Finance Officer
Printed Name:
Date:


This Annual Administrative and Finance Officer Statement must be electronically filed with the United States Bankruptcy Court for the District of Rhode Island and a copy must be sent by first class mail to Rosemary Booth Gallogly, Director of Revenue, State of Rhode Island, Department of Revenue, One Capitol Hill, Providence, RI  02908.

## QUARTERLY ATTESTATION FORM

**THIS IS THE "QUARTERLY ATTESTATION FORM" REFERED TO IN THE THIRD AMENDED PLAN OF DEBT ADJUSTMENT OF THE CITY OF CENTRAL FALLS DATED JULY 23, 2012.**

The Third Amended Plan of Debt Adjustment, dated July 23, 2012 (the "Amended Plan"), requires through fiscal year ending June 30, 2017, that within thirty (30) days after the end of each fiscal quarter, each person acting with the powers of an elected official (i.e. the mayor and each city council member or state-appointed fiduciary, as the case may be) must sign an Quarterly Attestation Form, stating under oath whether or not actual financial performance by the City during the prior fiscal quarter and year-to-date remains in Material Conformity with the terms of the Six-Year Financial Projection.   To the extent that an Elected Officials states that actual financial performance by the City during the prior fiscal quarter and year-to-date does not remain in Material Conformity with the terms of the Six-Year Financial Projection, the Elected Official shall identify the specific line items that do not remain in Material Conformity with the Six-Year Financial Projection. "Material Conformity" shall mean that actual fiscal performance is consistent with Six-Year Financial Projection to the Amended Plan and/or that any increase in expenditures in any line item as compared to the Six-Year Financial Projection to the Amended Plan is offset by increases in revenues as compared to the Six-Year Financial Projection to the Amended Plan and/or decreases in expenditures as compared to the Six-Year Financial Projection to the Amended Plan.  Any assumptions regarding additional revenues and/or decreases in expenditures must be reasonable.
-------------------------------------------------------------------------------------------------------

This Quarterly Attestation Form covers the prior fiscal quarter which includes the period _____ through _____.  This Quarterly Attestation Form is submitted in connection with this period.

**Under the pains and penalties of perjury I, the undersigned, hereby attest under oath that to the best of my knowledge and belief, actual financial performance by the City during the prior fiscal quarter and year-to-date remains in Material Conformity with the terms of the Six-Year Financial Projection:**

**WITNESS**

**ELECTED OFFICIAL OR FIDUCIARY ACTING WITH THE POWERS OF AN ELECTED OFFICIAL**

_____        _____
Printed Name:                           Printed Name:
                                        Mayor or Fiduciary
                                        Date:

_____          _____
Printed Name:                                Printed Name:
                                             Council Member
                                             Date:


_____          _____
Printed Name:                                Printed Name:
                                             Council Member
                                             Date:


_____          _____
Printed Name:                                Printed Name:
                                             Council Member
                                             Date:


_____          _____
Printed Name:                                Printed Name:
                                             Council Member
                                             Date:


_____          _____
Printed Name:                                Printed Name:
                                             Council Member
                                             Date:


**Under the pains and penalties of perjury, I, the undersigned, hereby attest under oath that to the best of my knowledge and belief, actual financial performance by the City during the prior fiscal quarter and year-to-date does NOT remain in Material Conformity with the terms of the Six-Year Financial Projection.  I have indentified the specific line items in which actual financial performance are NOT in Material Conformity with the Six-Year Financial Projection to the Amended Plan of Debt Adjustment in the Note attached hereto, which I have signed.**

**WITNESS**                                  **ELECTED OFFICIAL OR FIDUCIARY
                                             ACTING WITH THE POWERS OF AN
                                             ELECTED OFFICIAL**


_____          _____
Printed Name:                                Printed Name:
                                             Mayor or Fiduciary
                                             Date:

_____        _____
Printed Name:                          Printed Name:
                                       Council Member
                                       Date:


_____        _____
Printed Name:                          Printed Name:
                                       Council Member
                                       Date:


_____        _____
Printed Name:                          Printed Name:
                                       Council Member
                                       Date:


_____        _____
Printed Name:                          Printed Name:
                                       Council Member
                                       Date:


_____        _____
Printed Name:                          Printed Name:
                                       Council Member
                                       Date:


This Quarterly Attestation Form must be electronically filed with the United States
Bankruptcy Court for the District of Rhode Island and a copy must be sent by first class
mail to Rosemary Booth Gallogly, Director of Revenue, State of Rhode Island,
Department of Revenue, One Capitol Hill, Providence, RI  02908.

## QUARTERLY ADMINISTRATIVE AND FINANCE OFFICER STATEMENT

## THIS IS THE "QUARTERLY ADMINISTRATIVE AND FINANCE OFFICER STATEMENT" REFERED TO IN THE AMENDED PLAN OF DEBT ADJUSTMENT OF THE CITY OF CENTRAL FALLS DATED JULY 23, 2012.

The Third Amended Plan of Debt Adjustment, dated July 23, 2012 (the "Amended Plan"), requires through fiscal year ending June 30, 2017, that within thirty (30) days after the end of each fiscal quarter, each person acting with the powers of an elected official (i.e. the mayor and each city council member or state-appointed fiduciary, as the case may be)(an "Elected Official") must sign an Quarterly Attestation Form, stating under oath whether or not actual financial performance by the City during the prior fiscal quarter and year-to-date remains in Material Conformity with the terms of the Six-Year Financial Projection.  To the extent that an Elected Officials states that actual financial performance by the City during the prior fiscal quarter and year-to-date does not remain in Material Conformity with the terms of the Six-Year Financial Projection, the Elected Official shall identify the specific line items that do not remain in Material Conformity with the Six-Year Financial Projection.  "Material Conformity" shall mean that actual fiscal performance is consistent with Six-Year Financial Projection to the Amended Plan and/or that any increase in expenditures in any line item as compared to the Six-Year Financial Projection to the Amended Plan is offset by increases in revenues as compared to the Six-Year Financial Projection to the Amended Plan and/or decreases in expenditures as compared to the Six-Year Financial Projection to the Amended Plan. Any assumptions regarding additional revenues and/or decreases in expenditures must be reasonable.

The Amended Plan further requires through fiscal year ending June 30, 2017, that within fourteen (14) days after the Elected Officials file a Quarterly Attestation Form, the Administrative and Finance Officer appointed under R.I. Gen. Laws Section 45-9-10 shall file an "Quarterly Administrative and Finance Officer Statement" stating whether he or she agrees or disagrees with the attestations of the Elected Officials. If the Administrative and Finance Officer disagrees with the attestations of an Elected Official, he or she shall explain why.

-----------------------------------------------------------------------------------------------------------------

The Elected Officials filed a Quarterly Attestation Form with the Bankruptcy Court on or about _____.  This Quarterly Administrative and Finance Officer Statement is submitted in connection with that Quarterly Attestation Form.

**I, the undersigned, am the Administrative and Finance Officer for the City of Central Falls.**

**I agree with all of the attestations on the Quarterly Attestation Form referenced above.** ☐

**I do not agree with all of the attestations on the Quarterly Attestation Form referenced above for the reasons set forth in the Note annexed hereto.** ☐

_____
Administrative and Finance Officer
Printed Name:
Date:

This Quarterly Administrative and Finance Officer Statement must be electronically filed with the United States Bankruptcy Court for the District of Rhode Island and a copy must be sent by first class mail to Rosemary Booth Gallogly, Director of Revenue, State of Rhode Island, Department of Revenue, One Capitol Hill, Providence, RI  02908.